JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.:  CR 10-0085 WHA |
|     Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
| v. ) | TIME FROM FEBRUARY 16, 2010, TO |
| ) | MARCH 9, 2010 |
| RAMIRO RUIZ-LOPEZ, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable William H. Alsup on February 16, 2010.  On the motion of defendant, with no objection from the Government, the Court found and held as follows:

    1.  An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 16, 2010, to March 9, 2010, is necessary in light of the need for effective preparation of the case by defendant's counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from February 16, 2010 to March 9, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

[PROPOSED] ORDER EXCLUDING TIME
CR 10-0085 WHA

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from February 16, 2010 to March 9, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: February 16, 2010

/s/
KATHRYN R. HAUN
Assistant U.S. Attorney

/s/
LOREN STEWART
Counsel for Defendant

IT IS SO ORDERED.

DATED: February 17, 2010.



[PROPOSED] ORDER EXCLUDING TIME
CR 10-0085 WHA                                                    2